1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 5:25-po-00269-CDB-CDB

12              Plaintiff,             [Citation #E1281246 CA/10]

13  v.

14  DARRELL W. GLASS,                  MOTION AND ORDER FOR DISMISSAL AND
                                       TO VACATE TRIAL DATE
15              Defendant.

16

17

18       The United States of America, by and through Eric Grant, United States Attorney, and Luke

19  Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00269-CDB

20  [Citation #E1281246 CA/10] against DARRELL W. GLASS, without prejudice, in the interest of

21  justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  It is further requested that

22  the Bench Trial set for January 6, 2026, be vacated.

23  DATED: December 4, 2025              Respectfully submitted,

24                                       ERIC GRANT
                                         United States Attorney
25
                                    By:  /s/ *Luke Baty*
26                                       LUKE BATY
                                         Assistant United States Attorney
27

28

                                  1

1

**O R D E R**

2

3      It is HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R.

4  Crim. P. 48(a) that Case No. 5:25-po-00269-CDB [Citation #E1281246 CA/10] against DARRELL W.

5  GLASS is dismissed, without prejudice, in the interest of justice.

6      It is FURTHER ORDERED that the Bench Trial set for January 6, 2026, is VACATED.

7  IT IS SO ORDERED.

8      Dated:    **December 4, 2025**    _____

9                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Glass
Case No. 5:25-po-00269-CDB